

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00806-CV

LISA DAVIS, Appellant

V.

DALAYNA SMITH, Appellee

Appeal from the Probate Court of Galveston County (Tr. Ct. No. PR-0074876A)

After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Lisa Davis. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered May 12, 2015.

Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.